**Entered on Docket**
**August 24, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89101
Telephone:  (702) 853-0700
Email: kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | BK-S 09-21681 LBR |
| ) | Chapter 13 |
| WALTER WILLIAM PANAMENO and ) | |
| ZOILA ELIZABETH PANAMENO, ) | |
| ) | Date:   N/A |
| Debtor(s). ) | Time:   N/A |

**EX-PARTE ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules A through J and Statement of Financial Affairs as required within the forty-five (45) day period, which expired on August 17, 2009.

. . .

. . .

. . .

1

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

**IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as and for administrative expenses from the balance on hand in this case, if any.

**IT IS SO ORDERED.**

Submitted by:

 /s/      Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89101
Dated:          8/19/09
(MJB)

2

###